# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

ANTHONY WATLINGTON, JR.  Case No.: 1-19-02150-HWV
LINDSEY A. WATLINGTON  Chapter 13
    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**
Creditor Name: FREEDOM MORTGAGE CORPORATION
Court Claim Number: 18
Last Four of Loan Number: 3735 Old Twp Rd - PRE-ARREARS - 0639
Property Address if applicable: 3735 OLD TOWNSHIP ROAD, , HARRISBURG, PA17111

**PART 2: CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages: $65.32
b. Prepetition arrearages paid by the Trustee: $65.32
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): $0.00
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: $0.00
e. Allowed postpetition arrearage: $0.00
f. Postpetition arrearages paid by the Trustee: $0.00
g. Total b, d, f: $65.32

**PART 3: POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: September 12, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/Jack N. Zaharopoulos
　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA  17036
　　　　　　　　　　　　　　　　　　　　　　Phone:  (717) 566-6097
　　　　　　　　　　　　　　　　　　　　　　Fax:  (717) 566-8313
　　　　　　　　　　　　　　　　　　　　　　eMail:  info@pamd13trustee.com

Creditor Name: FREEDOM MORTGAGE CORPORATION
Court Claim Number: 18

```
CLM #    CHECK #      DATE         PRIN PAID     INT PAID     TOTAL DISB

5200     1213644      02/13/2020   $65.32        $0.00        $65.32
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

ANTHONY WATLINGTON, JR.  Case No.: 1-19-02150-HWV
LINDSEY A. WATLINGTON  Chapter 13
Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 12, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| CHAD J JULIUS ESQUIRE<br>LAW OFFICES OF LESLIE D JACOBS<br>8150 DERRY STREET<br>HARRISBURG PA, 17111-5212 | SERVED ELECTRONICALLY |
| FREEDOM MORTGAGE CORP<br>10500 KINCAID DR<br>FISHERS, IN, 46037-9764 | SERVED BY 1ST CLASS MAIL |
| ANTHONY WATLINGTON, JR.<br>LINDSEY A. WATLINGTON<br>3735 OLD TOWNSHIP ROAD<br>HARRISBURG, PA 17111 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 12, 2022

/s/ Liz Joyce
for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com