United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Anthony Watlington, Jr.  
Lindsey A. Watlington  
    Debtors

Case No. 19-02150-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 5  
Date Rcvd: Sep 19, 2022      Form ID: 3180W      Total Noticed: 70

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Anthony Watlington, Jr., 3735 Old Township Road, Harrisburg, PA 17111-2129 |
| jdb | + | Lindsey A. Watlington, 3735 Old Township Road, Harrisburg, PA 17111-2129 |
| 5200081 | #+ | Aes Members 1st Fcu, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 5200093 | + | Ccb/sahalie, Po Box 182120, Columbus, OH 43218-2120 |
| 5442346 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5200121 | + | Metro Bank, 3801 Paxton St, Harrisburg, PA 17111-1418 |
| 5226876 | | Midland Funding LLC, Midland Credit Mgmt. Inc., agent for Midland Funding LLC, Po Box 2011, MI 48090 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Sep 19 2022 22:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5200082 | + | Email/PDF: bncnotices@becket-lee.com | Sep 19 2022 18:39:42 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5200083 | + | EDI: BANKAMER.COM | Sep 19 2022 22:38:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 5220118 | + | EDI: BANKAMER2.COM | Sep 19 2022 22:38:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5200084 | + | EDI: TSYS2 | Sep 19 2022 22:38:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 5223195 | + | EDI: RECOVERYCORP.COM | Sep 19 2022 22:38:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5200085 | + | EDI: CAPITALONE.COM | Sep 19 2022 22:38:00 | Cap1/dbarn, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 5200086 | + | EDI: CAPITALONE.COM | Sep 19 2022 22:38:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5218085 | | EDI: CAPITALONE.COM | Sep 19 2022 22:38:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5214230 | | Email/PDF: bncnotices@becket-lee.com | Sep 19 2022 18:39:46 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5200095 | + | EDI: WFNNB.COM | Sep 19 2022 22:38:00 | Comenity Bank / The Limited, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5200096 | + | EDI: WFNNB.COM | Sep 19 2022 22:38:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5200099 | + | EDI: WFNNB.COM | Sep 19 2022 22:38:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5200101 | + | EDI: WFNNB.COM | Sep 19 2022 22:38:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5200102 | + | EDI: WFNNB.COM | Sep 19 2022 22:38:00 | Comenity Bank/Roamans, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5200103 | + | EDI: WFNNB.COM | Sep 19 2022 22:38:00 | Comenity Bank/Talbots, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5200105 | + | EDI: WFNNB.COM | Sep 19 2022 22:38:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5200106 | + | EDI: WFNNB.COM | Sep 19 2022 22:38:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5200098 | + | EDI: WFNNB.COM | Sep 19 2022 22:38:00 | Comenity Bank/kingsi, Attn: Bankuptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5200107 | + | EDI: WFNNB.COM | Sep 19 2022 22:38:00 | Comenity Capital/Gamestop, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5200108 | + | EDI: WFNNB.COM | Sep 19 2022 22:38:00 | Comenitycapital/mrsota, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5200109 | + | EDI: WFNNB.COM | Sep 19 2022 22:38:00 | Comenitycb/sahalie, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5200110 | + | EDI: CRFRSTNA.COM | Sep 19 2022 22:38:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5200112 | | EDI: DISCOVER.COM | Sep 19 2022 22:38:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 5200111 | + | EDI: CITICORP.COM | Sep 19 2022 22:38:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 5227073 | | EDI: Q3G.COM | Sep 19 2022 22:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5202023 | | EDI: DISCOVER.COM | Sep 19 2022 22:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5226113 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 19 2022 18:38:00 | FREEDOM MORTGAGE CORPORATION, Attn: Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 5200115 | + | EDI: BLUESTEM | Sep 19 2022 22:38:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 5442347 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 19 2022 18:38:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 5200116 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 19 2022 18:38:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, Po Box 50428, Indianapolis, IN 46250-0401 |
| 5200114 | | EDI: BLUESTEM | Sep 19 2022 22:38:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 5200094 | | EDI: JPMORGANCHASE | Sep 19 2022 22:38:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5207861 | + | Email/Text: RASEBN@raslg.com | Sep 19 2022 18:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5200118 | | EDI: JEFFERSONCAP.COM | | |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 5200119 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 19 2022 22:38:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| | | | Sep 19 2022 18:38:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5203259 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2022 18:39:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5200126 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 19 2022 18:38:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 5224697 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 19 2022 18:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5200132 | + | Email/Text: Bankruptcies@nragroup.com | Sep 19 2022 18:38:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5200133 | + | Email/Text: bankruptcynotices@psecu.com | Sep 19 2022 18:38:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5226176 | | EDI: PRA.COM | Sep 19 2022 22:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5217820 | | Email/Text: bankruptcynotices@psecu.com | Sep 19 2022 18:38:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5200138 | + | EDI: RECOVERYCORP.COM | Sep 19 2022 22:38:00 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 5254668 | | EDI: Q3G.COM | Sep 19 2022 22:38:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5224418 | | EDI: Q3G.COM | Sep 19 2022 22:38:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 5254669 | + | EDI: Q3G.COM | Sep 19 2022 22:38:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 5200144 | ^ | MEBN | Sep 19 2022 18:33:07 | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 5200145 | + | EDI: RMSC.COM | Sep 19 2022 22:38:00 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5200323 | + | EDI: RMSC.COM | Sep 19 2022 22:38:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5200146 | + | EDI: RMSC.COM | Sep 19 2022 22:38:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5200147 | + | EDI: RMSC.COM | Sep 19 2022 22:38:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5200149 | + | EDI: RMSC.COM | Sep 19 2022 22:38:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5200151 | + | EDI: RMSC.COM | Sep 19 2022 22:38:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5200152 | + | EDI: RMSC.COM | Sep 19 2022 22:38:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5200153 | + | EDI: RMSC.COM | Sep 19 2022 22:38:00 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5200154 | + | EDI: RMSC.COM | Sep 19 2022 22:38:00 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5200155 | + | EDI: RMSC.COM | Sep 19 2022 22:38:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| Recip ID | Bypass Method | Date/Time | Name and Address |
|---|---|---|---|
| 5200156 | + EDI: RMSC.COM | Sep 19 2022 22:38:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5200158 | + EDI: PRATHEBUR | Sep 19 2022 22:38:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5200113 | EDI: USBANKARS.COM | Sep 19 2022 22:38:00 | Elan Financial Service, Attn: Bankruptcy, 4801 Frederica Street, Owensboro, KY 42301 |
| 5200117 | Email/Text: bankruptcynotices@vivecard.com | Sep 19 2022 18:38:00 | HC Processing Center, Attention Bankruptcy, Po Box 708970, Sandy, UT 84070 |
| 5222164 | EDI: AIS.COM | Sep 19 2022 22:38:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 63

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5200087 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5200088 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5200089 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5200090 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5200091 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5200092 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5200097 | *+ | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5200100 | *+ | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5200104 | *+ | Comenity Bank/Talbots, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5200120 | *+ | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5200122 | *+ | Metro Bank, 3801 Paxton St, Harrisburg, PA 17111-1418 |
| 5200123 | *+ | Metro Bank, 3801 Paxton St, Harrisburg, PA 17111-1418 |
| 5200124 | *+ | Metro Bank, 3801 Paxton St, Harrisburg, PA 17111-1418 |
| 5200125 | *+ | Metro Bank, 3801 Paxton St, Harrisburg, PA 17111-1418 |
| 5200127 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 5200128 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 5200129 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 5200130 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 5200131 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 5200134 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5200135 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5200136 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5200137 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5200139 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 5200140 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 5200141 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 5200142 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 5200143 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 5200148 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5200150 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5200157 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 32 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2022            Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2022 at the address(es) listed below:**

**Name**  **Email Address**

Chad J. Julius

on behalf of Debtor 2 Lindsey A. Watlington cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com

Chad J. Julius

on behalf of Debtor 1 Anthony Watlington  Jr. cjulius@ljacobsonlaw.com, egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com

Jack N Zaharopoulos (Trustee)

TWecf@pamd13trustee.com

Mario J. Hanyon

on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Mario John Hanyon

on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com  mario.hanyon@brockandscott.com

Rebecca Ann Solarz

on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Anthony Watlington Jr. <br> First Name    Middle Name    Last Name | Social Security number or ITIN xxx–xx–8416 <br> EIN __–_____ |
| Debtor 2 <br> (Spouse, if filing) | Lindsey A. Watlington <br> First Name    Middle Name    Last Name | Social Security number or ITIN xxx–xx–2433 <br> EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19–bk–02150–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Anthony Watlington Jr.     Lindsey A. Watlington

9/19/22

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W　　　　　　　　　**Chapter 13 Discharge**　　　　　　　　　page 2